# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED KRISTOPHER RYSEDORPH,<br><br>            Plaintiff,<br><br>      v.<br><br>BINI JOHN,<br><br>            Defendant. | No. 1:24-cv-00725 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 13) |

Jared Kristopher Rysedorph, a state prisoner when this case was filed, proceeds *pro se* and *in forma pauperis* in this civil rights action. On September 20, 2024, the assigned magistrate judge issued findings and recommendations to dismiss this case as duplicative of another case in this District, *Rysedorph v. John*, 1:23-cv-00251-KES-BAM (E.D. Cal. Feb. 21, 2023). (Doc. 13.) Plaintiff timely filed objections on October 9, 2024. (Doc. 14.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Petitioner's central objection is that because the claims he attempted to bring against Bini John in the 2023 lawsuit were dismissed both for failure to state a claim and for improper joinder, he had no avenue to pursue his claims against Bini John in the first lawsuit because they were improperly

joined and thus should be able to bring them here. (Doc. 14.) This objection misses the mark. The findings and recommendations issued in the 2023 lawsuit explained that Plaintiff had failed to state a cognizable claim against Bini John in his second amended complaint (Case No. 1:23-cv-00251, Doc. 30 at 12) and that leave to amend would not be permitted because Plaintiff was previously provided the relevant pleading and legal standards but had been unable to cure the identified deficiencies in his allegations. (*Id*. at 15.) Thus, the claims against Bini John in the 2023 lawsuit were dismissed for failure to state a claim without leave to amend, with improper joinder being an unnecessary, alternative rationale for dismissal. Plaintiff cannot bring these claims again in this lawsuit as they are duplicative. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 20, 2024, (Doc. 13), are **ADOPTED IN FULL.**

2. This case is **DISMISSED** as duplicative of *Rysedorph v. John*, 1:23-cv-00251-KES-BAM (E.D. Cal. Feb. 21, 2023).

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 6, 2026**

UNITED STATES DISTRICT JUDGE